

## COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

**NO. 02-11-00426-CV**

ELNORA MOSES                                                        APPELLANT

V.

TEXAS COMMISSION ON                                                  APPELLEE
ENVIRONMENTAL QUALITY

----------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Elnora Moses brings this interlocutory appeal from the trial court's order granting the plea to the jurisdiction of Appellee Texas Commission on Environmental Quality and dismissing her claims against Appellee with prejudice. On February 13, 2012, we notified the parties that we were concerned that this court may lack jurisdiction over this appeal because it appeared that

---

[1]*See* Tex. R. App. P. 47.4.

Appellant did not timely file her notice of appeal in this accelerated interlocutory appeal.[2] We indicated that this case could be dismissed for want of jurisdiction if the parties did not show grounds for continuing the appeal by February 23, 2012. As of this date, we have received no response showing grounds for continuing the appeal. We have, however, received Appellant's motion to abate this appeal pending the final determination of Appellant's suit against Appellee in another county.

Because Appellant's notice of appeal was untimely, we dismiss this appeal for want of jurisdiction, and we dismiss Appellant's motion to abate.[3]

LEE ANN DAUPHINOT
JUSTICE

PANEL:  DAUPHINOT, MCCOY, and MEIER, JJ.

DELIVERED:  March 15, 2012

---

[2]*See* Tex. R. App. P. 26.1(b), 28.1(b).

[3]Tex. R. App. P. 25.1; *Howlett v. Tarrant Cnty.*, 301 S.W.3d 840, 843 (Tex. App.—Fort Worth 2009, pet. denied) ("A timely-filed notice of appeal confers jurisdiction on this court, and absent a timely filed notice of appeal, we must dismiss the appeal.").